UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>JEAN-CLAUDE OKONGO LANDJI,<br><br>Defendant. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference to discuss Defendant Landji's request for new counsel will take place on **January 9, 2020 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge