UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JEAN-CLAUDE OKONGO LANDJI and<br>JIBRIL ADAMU,<br><br>Defendants. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       Pre-trial motions for Defendants Landji and Adamu are now due on July 30, 2020.  (See Dkt. No. 319)  Any application for a severance should be addressed in the pretrial motions due on July 30.  Any Government response to Defendants' pre-trial motions is now due by August 20, 2020.  Defendants' reply, if any, is due by August 27, 2020.

Dated: New York, New York
       June 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge