UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JEAN-CLAUDE OKONGO LANDJI and
JIBRIL ADAMU,
                Defendants.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference in this action previously scheduled for November 20, 2020 at 12:00 p.m. will be converted to individual conferences for each Defendant. The conference for Defendant Jean-Claude Okongo Landji will take place at 10:30 a.m. on November 20, 2020. The conference for Defendant Jibril Adamu will take place at 12:00 p.m. on November 20, 2020.

      For each conference on November 20, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than November 17, 2020, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated:  New York, New York
        November 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge