# LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:   jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

December 17, 2020

**VIA ECF**

Honorable Paul B. Gardephe
United States District Judge for the Southern District of New York
United States Courthouse
40 Centre St.
New York, New York 10007

    Re:  *United States v. Gonzalez, et al.,* 18 Cr. 601 (PGG)

Dear Judge Gardephe:

    Along with Michael Tremonte of the law firm of Sher Tremonte LLP, I represent defendant Jean-Claude Landji in the above referenced case.  As Your Honor knows, I am retiring at the end of this month.  In accordance with the discussion at yesterday's pretrial conference, I respectfully request that Your Honor relieve me from my assignment to represent Mr. Landji.  Mr. Tremonte will continue the represent Mr. Landji.

    Respectfully submitted,

    *s/ James R. DeVita*

    James R. DeVita

cc:    All Counsel (By CF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 18, 2020