# SHER TREMONTE LLP

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: January 20, 2021

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jean-Claude Okongo Landji et al.*,
               Case No. 18 Cr. 601 (PGG)

Dear Judge Gardephe:

      I represent the defendant Jean-Claude Okongo Landji in the above-referenced case, having been duly appointed as counsel pursuant to the Criminal Justice Act ("CJA"), Title 18 U.S.C. § 3006A(b).  Pursuant to CJA Section 3006(e)(1), I respectfully submit this letter to request authorization for the appointment of Noam Biale, who is counsel at my firm, Sher Tremonte LLP, to assist as co-counsel in the representation of Mr. Landji in this case.

      As Your Honor is aware, I was originally appointed on this case as co-counsel with James DeVita, who had previously been representing Mr. Landji.  Mr. DeVita has advised the Court that he is retiring from the practice of law, and accordingly it would benefit my representation of Mr. Landji to have the assistance of another attorney on the case.  As the Court knows, the discovery in this matter is voluminous, and there appears to be a strong likelihood that the case will proceed to trial.  In light of the foregoing, I believe Mr. Biale, who is one of the most experienced lawyers in my office on criminal matters (and is a member of the CJA panel in the Eastern District of New York), would be a valuable resource and enable me to represent Mr. Landji in an efficient and cost-effective manner.  I have discussed with Mr. Landji this application and the rationale for seeking authorization for the appointment of Mr. Biale to assist in the defense, and he approves of the application.

      Mr. Biale began working as an associate for Sher Tremonte LLP in September 2015, following clerkships on the Second Circuit with Judge Gerard E. Lynch and in the Eastern District of New York for Judge Allyne R. Ross.  He has been admitted to practice in the Eastern District of New York since the fall of 2012 and the Southern District of New York since the fall of 2015 and is familiar with federal criminal practice – indeed, as noted, he is a member of the CJA Panel in the Eastern District.  As an associate (and, as

The Honorable Paul G. Gardephe
January 19, 2021
Page 2

of January 2021, counsel) of Sher Tremonte LLP, Mr. Biale has worked on multiple federal cases, both criminal and civil. He assisted me in a criminal trial in 2016 before Judge Castel, in which he played an instrumental role cross-examining several witnesses, drafting motions, jury instructions, and stipulations, and generally participating as a full member of the trial team. Last year, Mr. Biale was appointed by Judge Sullivan as co-counsel to Samuel Gregory in a Hobbs Act robbery trial, in which Mr. Biale argued motions, cross-examined half of the witnesses, put on a defense case, and delivered the defense summation. He also recently served as first chair in a narcotics trial before the Honorable LaShann DeArcy Hall in the Eastern District. Besides his trial experience, Mr. Biale has represented numerous CJA clients in the Southern District in motions practice, at pleas, and at sentencing in cases before Judges Abrams, Broderick, Caproni, Nathan, and Ramos among others. I believe he has distinguished himself as a careful and vigorous advocate in those representations. He has also briefed and argued more than a half dozen appeals before the Second Circuit and is a member of the *pro bono* panel of that court. Based on his prior experience and his service in the Eastern District, Mr. Biale is familiar with the mandates and obligations for counsel appointed pursuant to the Criminal Justice Act.

      For the foregoing reasons, I respectfully request that the Court appoint Mr. Biale as additional CJA counsel for Mr. Landji in this case.

Respectfully submitted,

  /s/ Michael Tremonte

Michael Tremonte

cc:    all counsel of record (via ECF)