UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JEAN-CLAUDE OKONGO LANDJI and JIBRIL ADAMU,

    Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Trial in this action will commence on **Tuesday, June 8, 2021** at 9:30 a.m. The courtroom will be announced in a subsequent order.

    Pretrial submissions – motions in limine, proposed voir dire, and requests to charge – are due on **Friday, May 7, 2021**. Responsive submissions are due on **Friday, May 14, 2021.**

Dated: New York, New York
       March 4, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge