UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JIBRIL ADAMU, and JEAN-CLAUDE
OKONGO LANDJI,

                                    Defendants.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Landji's letter motion (Dkt. No. 508)

by **August 20, 2021**.

The Court will conduct a pre-trial conference on **October 4, 2021 at 12:00 noon**

in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York**.**

Dated:  New York, New York
        August 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1