UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JEAN-CLAUDE OKONGO LANDJI and JIBRIL
ADAMU,

              Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          In light of Defendant Landji's claims, and the nature of the alleged privileged documents, it is necessary to hear testimony from the agents who handled the documents at issue. The Court will conduct a <u>Kastigar</u> hearing on **Wednesday, September 1, 2021 at 10:00 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

          Defendant also seeks access to grand jury minutes. (Aug. 9 2021 Def. Ltr. (Dkt. No. 508) at 13) He has not briefed the issue, however, much less demonstrated that he meets the high standard for disclosure of grand jury material. <u>See</u> <u>United States v. Moten</u>, 582 F.2d 654, 662 (2d Cir. 1978) ("Grand jury proceedings are traditionally conducted in secret," pursuant to Federal Rule of Criminal Procedure 6(e), and "the burden is on the party seeking disclosure to show a 'particularized need' that outweighs the need for secrecy."). Accordingly, his request for production of grand jury minutes is denied without prejudice.

Dated: New York, New York
       August 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge