UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>JEAN-CLAUDE OKONGO LANDJI and JIBRIL ADAMU,<br><br>                                      Defendants. | **ORDER**<br><br>18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Kastigar hearing previously scheduled for September 1, 2021 is adjourned to **September 9, 2021 at 10:30 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

The Court has received clearance to conduct the trial on **October 6, 2021**, and trial will proceed at 9:30 a.m. that day. The courtroom will be provided in a later order.

The pre-trial conference currently scheduled for October 4, 2021 will be held on **September 29, 2021 at 12:00 p.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        August 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge