UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEAN-CLAUDE OKONGO LANDJI and JIBRIL ADAMU,

Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to respond to Defendants' request for a ruling as to whether AUSA Matthew Hellman should withdraw from the representation in the Kastigar hearing scheduled for September 9, 2021. (Def. Br. (Dkt. No. 525) at 5) The Government's response is due **September 8, 2021 at 12:00 p.m.**

Dated: New York, New York
September 7, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge