UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     -against-                              **ORDER**

JEAN-CLAUDE OKONGO LANDJI and JIBRIL        18 Cr. 601 (PGG)
ADAMU,

                        Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

           The continuation of the Kastigar hearing will take place on **September 14, 2021 at 9:30 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         September 9, 2021

                                 SO ORDERED.

                                   _____
                                   Paul G. Gardephe
                                   United States District Judge