# SHER TREMONTE LLP

September 10, 2021

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York, 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 10, 2021

      **Re:**    *United States v. Gonzalez et*
             Case No. 18 Cr. 601 (PGG)

Dear Judge Gardephe:

      We write on behalf of our client, Jean-Claude Okongo Landji, to respectfully request a brief adjournment of today's deadline to file final pretrial submissions, motions *in limine*, a proposed *voir dire* questionnaire, and requests to charge in the above-referenced matter. *See* Dkt. 467 at 1. The request is due to an oversight on counsel's part as to the deadline. We apologize for the late hour of this request. Based on the scheduling of the Kastigar hearing on September 14, 2021, *see* Dkt. 531, we respectfully request an extension until Thursday, September 16, 2021 to file final pretrial submissions, with responses due on September 20, 2021. The requested revised schedule will result in fully-briefed motions being submitted to the Court one business day later than under the original schedule. We have discussed this matter with the government, and it has advised us that it does not consent to this adjournment. Counsel for Jibril Adamu join in this request.

      We appreciate the Court's consideration.

                                                 Respectfully submitted,

                                                 */s/ Noam Biale*

                                                 Michael Tremonte
                                                 Noam Biale

cc:      All counsel of record (by ECF)