

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  **Re:** *United States v. Jean-Claude Okongo*
     **S1 18 Cr. 601 (PGG)**

MEMO ENDORSED
The proposed schedule is approved. The pretrial conference currently scheduled for September 29, 2021 is adjourned to **October 4, 2021 at 10:00 a.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
September 16, 2021

Dear Judge Gardephe:

  On September 9, 2021 and September 14, 2021, the Court held a *Kastigar* hearing in the above-captioned case. The parties jointly write to request that the defendant's post-hearing brief be due on September 21, 2021 and that the Government's post-hearing brief be due on September 28, 2021.

  The parties' pre-trial filings, including any motions *in limine*, are currently due on September 16, 2021 and responses are due on September 20, 2021. (*See* dkt. no. 536). In light of the post-hearing briefing, and in order to permit the parties adequate time to respond to any motions *in limine*, the parties further jointly request that the deadline for responses be extended until September 24, 2021.

              Respectfully submitted,
              AUDREY STRAUSS
              United States Attorney

          By:  /s/
             Elinor Tarlow
             Assistant United States Attorney
             (212) 637-1036

cc:  Defense counsel (by ECF)