**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

JEAN-CLAUDE OKONGO LANDJI, and
JIBRIL ADAMU,

                Defendants.

18 Cr. 601 (PGG)

[~~PROPOSED~~]
**MCC CLOTHING ORDER**

To: METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK

WHEREAS, Jean-Claude Okongo Landji is an incarcerated individual at the Metropolitan Correctional Center, New York, New York ("MCC") under Register Number 87313-054; and

WHEREAS, trial in this matter is scheduled to commence on October 6, 2021 and to continue for approximately two weeks; and

WHERFORE, Mr. Landji requires two sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Landji be permitted to receive up to two sets of suitable trial clothes at MCC prior to October 6, 2021 and to maintain such clothes during the full pendency of the trial.

    SO ORDERED.

Dated:       September 23 , 2021
              New York, NY

                                      _____
                                      Hon. Paul G. Gardephe
                                      United States District Judge

Entered on the docket September __ , 2021