UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEAN-CLAUDE OKONGO LANDJI and JIBRIL
ADAMU,

Defendants.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Count Two of the (S1) Indictment charges Defendant Jibril Adamu with distributing and possessing with intent to distribute five kilograms and more of cocaine while on board an aircraft owned by a United States citizen and registered in the United States.  Count Three charges Landji, as a U.S. citizen, with distributing and possessing with intent to distribute five kilograms and more of cocaine while on board an aircraft owned by a U.S. citizen and registered in the United States.

At today's conference, the Government moved to dismiss Counts Two and Three of the (S1) Indictment as against Defendants Adamu and Landji.  Accordingly, these charges are dismissed as to these Defendants.

Dated: New York, New York
October 4, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge