UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JEAN-CLAUDE OKONGO LANDJI, and
JIBRIL ADAMU,

Defendants.

**ORDER**

,(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendants are directed to submit to the Court forthwith on an ex parte basis all materials that DEA agents seized from Defendants in Zagreb that Defendants claim constitute privileged attorney-client material.

Dated: New York, New York
       October 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge