UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JEAN-CLAUDE OKONGO LANDJI and JIBRIL
ADAMU,

    Defendants.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Any post-trial motions filed by Defendants are due by **November 26, 2021**.  The

Government's opposition is due by **December 10, 2021**.  Any reply from Defendants is due by

**December 17, 2021**.

The sentencing of Defendant Jean-Claude Okongo Landji will take place on **April

7, 2022 at 3:00 p.m.**  Any submissions on behalf of Defendant Landji are due on **March 17,**

**2022**, and any submission by the Government is due on **March 24, 2022**.

The sentencing of Defendant Jibril Adamu will take place on **April 8, 2022 at**

**3:00 p.m.**  Any submissions on behalf of Defendant Adamu are due on **March 18, 2022**, and any

submission by the Government is due on **March 25, 2022**.

The Probation Department is directed to prepare a presentence investigation

report for each Defendant.

Dated:  New York, New York
      October 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge