

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

November 22, 2021

*Sent via ECF*
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States of America v. Gonzalez, et al., 18 Cr601 (PGG)*

Your Honor:

    We represent Jibril Adamu in the above-captioned matter.  We write to respectfully request a two week adjournment to file post-trial motions.  Counsel for Jean-Claude Landji join in this request and the government has no objection.

    Thank you for your time and consideration.

                                    Respectfully submitted,

                                    /S/
                                  Jacqueline E. Cistaro
                                  Thomas F.X. Dunn

cc:    All counsel (*via ECF*)

**Memo Endorsed:**  The application is granted.  Defendants Jibril Adamu and Jean-Claude Landji will file their post-trial motions by **December 10, 2021**.  The Government's opposition is due by **December 27, 2021**.  Defendants' replies, if any, are due by **January 3, 2022**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  November 22, 2021

1