

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2021

<u>By ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Cardona-Cardona et al.*, S1 18 Cr. 601 (PGG)

Dear Judge Gardephe:

    The Government writes to request, with the consent of defense counsel, that the Court adjourn the deadline for the Government's response to the defendants' post-trial motions, which is currently December 27, 2021, until January 14, 2022. The Government does not object to adjourning the deadline for the defendants' replies, which is currently January 3, 2021, until January 28, 2022. The defendants' sentencings are scheduled for April 2022 and the parties do not anticipate that this adjournment would therefore affect the timing of those proceedings.

                                                Respectfully submitted,
                                               DAMIAN WILLIAMS
                                               United States Attorney

                                  By:    /s/
                                             Matthew Hellman / Elinor Tarlow
                                             Assistant United States Attorneys
                                             (212) 637-2278/-1036

cc:    Defense counsel (by ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 16, 2021