# SHER TREMONTE LLP

February 1, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated:   February 4, 2022

Re:    *United States v. Jean-Claude Okongo Landji*, 18-CR-601 (PGG)

Dear Judge Gardephe:

We write on behalf of our client, Jean-Claude Okongo Landji, to respectfully request an additional week adjournment of the deadline to file Mr. Landji's reply brief in further support of his post-trial motions.  On January 23, 2021, we wrote to the Court to request an adjournment of the deadline and described the difficulty of speaking with Mr. Landji given the suspension of legal visits at the MDC.  At the time of filing the letter, we had a phone call scheduled for the following day.  The MDC never placed that call. Since that time, we have scheduled two additional calls with Mr. Landji, both of which have been cancelled by the facility.  In addition, following a resumption of legal visits yesterday, January 31, today the Bureau of Prisons instituted a nationwide lockdown and cancelled all legal visits.  Accordingly, despite diligent efforts, we have been unable to speak with Mr. Landji.  Our next call is scheduled for Thursday, February 3, and we are hopeful it will go forward.  Because the deadline for filing is the following day, however, we respectfully request an additional week – until February 11, 2022 – to discuss the legal issues with Mr. Landji and incorporate those discussions into our brief.

We have conferred with the government and counsel for Mr. Adamu about this request.  The government has no objection and Mr. Adamu joins the request.

Respectfully submitted,

/s/ _____
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

*Attorneys for Jean-Claude Okongo Landji*

cc:    All counsel (via ECF)