UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEAN-CLAUDE OKONGO LANDJI,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Jean-Claude Okongo Landji, currently scheduled for June 8, 2022, will instead take place on **Thursday, July 7, 2022 at 3:00 p.m.**

Dated:  New York, New York
        June 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge