UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JEAN-CLAUDE OKONGO LANDJI, | (S1) 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing hearing currently scheduled for July 7, 2022 is adjourned to **July 20, 2022 at 4:30 p.m.**

Dated: New York, New York
       July 6, 2022

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge