**SHER TREMONTE LLP**

July 20, 2022

**BY ECF AND EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jean-Claude Okongo Landji*, 18-CR-601 (PGG)

Dear Judge Gardephe:

      We write on behalf of our client, Jean-Claude Okongo Landji, to respectfully request an adjournment of Mr. Landji's sentencing, which is scheduled for 4:30 PM today. This morning, we met with our client in anticipation of today's sentencing, and he raised with us multiple issues that he feels strongly need to be brought to the Court's attention at sentencing. Counsel needs additional time to evaluate and address these issues with Mr. Landji. This is Mr. Landji's second request for an adjournment of sentencing, the Court having previously adjourned the date *sua sponte* from June 8, 2022 to July 7, 2022, Dkt. # 671, and then having granted counsel's request to adjourn the July 7 date based on counsel's exposure to Covid-19, Dkt. # 679.

      We apologize for the short notice and inconvenience, especially considering that today's sentencing date was difficult to schedule and we are aware that the Court is currently on trial. We informed Mr. Landji that it may not be possible to reschedule sentencing until later in August or possibly September given the Court's calendar and summer travel plans of the parties. We will, of course, make ourselves available at any time that is convenient for the Court. We have spoken with AUSAs Matthew Hellman and Elinor Tarlow and they advise that the government takes no position with respect to our request for an adjournment.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
Katie Renzler
SHER TREMONTE LLP

*Attorneys for Jean-Claude Okongo Landji*

**Memo Endorsed:** The sentencing hearing, currently scheduled for July 20, 2022, is adjourned to **August 19, 2022 at 4:00 p.m.**
Dated: July 20, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

D FLOOR | NEW YORK, NY 10004 | TEL. 212.202.2600 | FAX. 212.202.4156