UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JEAN-CLAUDE OKONGO LANDJI, | (S1) 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record on August 19, 2022, this Court will conduct a conference on **Friday, September 9, 2022 at 4:30 p.m.** to determine whether a new lawyer will be taking over the representation of Defendant Landji. If Landji has retained a new lawyer, his new lawyer is directed to file a notice of appearance and appear at the September 9, 2022 conference. The sentencing of Landji is adjourned <u>sine die</u>, pending a determination of his continued representation.

Dated: New York, New York
         August 29, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge