# SHER TREMONTE LLP

August 29, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Jean-Claude Okongo Landji*, 18-CR-601 (PGG)

Dear Judge Gardephe:

We write to respectfully request that the Court adjust the time for the next status conference, which is currently set for September 9, 2022 at 4:30 PM. A scheduling conflict has arisen for the undersigned at that time. We are available anytime convenient for the Court in the morning on September 9, or on the afternoon of September 8. We have conferred with counsel for the government, and they are also available at those alternate times. We apologize for any inconvenience to the Court and appreciate Your Honor's consideration.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
Katie Renzler
SHER TREMONTE LLP

*Attorneys for Jean-Claude Okongo Landji*

cc:    All counsel (via ECF)

**Memo Endorsed:** The conference currently scheduled for September 9, 2022 will instead take place on **September 12, 2022 at 2:00 p.m.**
Dated: September 1, 2022

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge