UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEAN-CLAUDE OKONGO LANDJI,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Landji has retained B. Alan Seidler to represent him. (See Dkt. No. 694) Accordingly, Landji's current attorneys – Michael Tremonte, Noam Biale, and Katie Renzler of Sher Tremonte LLP – are relieved. Sentencing will take place on **December 13, 2022 at 2:30 p.m.** By **October 21, 2022**, Mr. Seidler will file a letter describing the nature of any motion he anticipates filing prior to sentencing.

Dated: New York, New York
September 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge