**B. ALAN SEIDLER**
ATTORNEY AT LAW
305 Broadway, 7th floor          (212) 334-3131
New York, New York 10007
seidlerlaw@gmail.com

## MEMO ENDORSED

*Today's proceeding — for which defense counsel did not appear — is adjourned to Dec. 19, 2022 at 2:30pm. The case will not proceed to sentencing at that time. Defense Counsel has raised a host of issues in letters dated November 15, 2022, and November 30, 2022 (Dkt. Nos. 712, 714). Counsel has also not obeyed this Court's November 30, 2022 order directing him to make a submission by December 5, 2022 addressing matters raised in his November 30, 2022 letter. Counsel is directed to address the Court's November 30, 2022 order forthwith.*

December 13, 2022

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Okongo-Landji #18cr 601 (PGG)

Dear Judge Gardeph;

    I apologize to the Court for my non-appearance, but I had sentencing scheduled for 12-21-22 at 2:30 PM. I am informed by your Deputy that the sentencing has been rescheduled to 12/15 at 2:30. Because I have another sentencing scheduled before Judge Kuntz in the Eastern District at approximately 12 noon that day, I request please that the Landji sentencing be re-scheduled to either 12/19 at 2:30, or any time on the 20th, 21st, or 22nd.

    I also have a problem with the ECF system in the SDNY because 30% of the docket entries are not received by me, and I have tried to clear up the issue with the SDNY technical unit for months without apparent success.

Respectfully,

B. Alan Seidler

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec. 13, 2022

bas/ee