UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JEAN-CLAUDE OKONGO LANDJI, | (S1) 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record today, by **February 6, 2023**, the Government will respond to Defendant Landji's submissions, at Dkt. Nos. 712-13, 718-19. By **February 20, 2023**, Defendant Landji will file a reply.

      Sentencing is adjourned to **March 9, 2023, at 2:00 p.m.**

Dated: New York, New York
       December 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge