UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JEAN-CLAUDE OKONGO LANDJI, | (S1) 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Landji's sentencing is adjourned to **March 14, 2023, at 2:00 p.m.**

Dated: New York, New York
       March 6, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge