UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JEAN-CLAUDE OKONGO LANDJI,<br><br>Defendant. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On March 31, 2023, Defendant Landji submitted a motion to relieve his retained counsel, B. Alan Seidler, and for the appointment of counsel, pursuant to 18 U.S.C. § 3006A and Fed. R. Crim. Proc. 44(a). Defendant Landji last completed a financial affidavit in 2019, and the fact that Landji was able to retain his current counsel raises issues about his current access to financial resources. Accordingly, the Government is directed to have Defendant Landji produced in magistrate's court so that he may complete a new financial affidavit.

Dated:  New York, New York
        April 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge