CG Law office of Cory Garcia, P.C.

245 MAIN STREET, SUITE 420
WHITE PLAINS, NY 10601
corygarcia911@gmail.com

P 917.270.0894
O 914.705.3745
corygarcialaw.com

September 2, 2026

MEMO ENDORSED
The Application is granted.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Sept 3, 2026

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007-1312

**Re: United States v. Jean-Claude Okongo Landji, 18 Cr. 601 (PGG)**

On June 8, 2023, I represented Jean-Claude Okongo Landji at his Sentencing Hearing where he was sentenced to ten years of incarceration and five years of post-release supervision. Mr. Landji has recently completed the incarceration portion of his sentence and has begun his post-release supervision. The purpose of this letter is to request a modification to his travel restrictions.

*Wass Suya Sarl*, a Jet Charter Company based in nearby Benin, Africa, has offered Mr. Landji full-time employment as a Logistics Director. As Logistics Director, Mr. Landji will be responsible for the execution of the Company's logistics and operational activities relating to their aviation and travel services. Attached to this letter is the employment confirmation letter.

Mr. Landji, a dual citizen of Gabon, Africa, and the United States, requests the opportunity to permanently relocate from the United States to Gabon, Africa, to reunite with his family and capitalize on the employment opportunity as a Logistical Director. He is currently residing in a halfway house in the Atlanta, Georgia area and his post-release supervision is being monitored in Gainesville, Georgia.

The Government and his Probation Officer have no objections to Mr. Landji relocating to Africa if Mr. Landji provides documentation to substantiate his relocation. Should his request be approved, Mr. Landji would require the Court's permission to apply for a passport.

Thank you for your consideration of this request.

Respectfully submitted,

Cory Garcia

Cory Garcia